THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Appellant.

EDWARD S. GRIFFING, as Mayor of the City of New Rochelle, et al., Appellants.

*People ex rel. N. Y., N. H. & H. R. R. Co. v. Public Service Commission,* 159 App. Div. 531, affirmed.

(Argued March 2, 1915; decided June 8, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 30, 1914, which annulled, on certiorari, an order of the defendant reducing certain local rates of fare on the relator's railroad.

*Ledyard P. Hale* for Public Service Commission, appellant.

*Joseph S. Wood* for mayor of city of Mount Vernon, appellant.

*J. Mayhew Wainwright* for A. Alfred Ericsson, appellant.

*Charles M. Sheafe, Jr., Edward G. Buckland* and *B. I. Spock* for respondent.

Order affirmed, with costs, on opinion of KELLOGG, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN and MILLER, JJ. Dissenting: CARDOZO, J. Not sitting: HISCOCK, J.